James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
PENGILLY LAW FIRM
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
Telephone: (702) 889-6665
Facsimile: (702) 889-6664
*Attorneys for Greenbriar Townhouse Owners' Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB6,<br><br>Plaintiff,<br>vs.<br><br>CHRISTINE M. DEBUFF; THE GREENBRIAR TOWNHOUSE OWNERS' ASSOCIATION, INC.; PHAM INDIANA REALTY, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.: 2:17-cv-02220-JCM-CWH<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND EXTEND TIME TO RESPOND**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for Plaintiff, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB6 ("USB"), and counsel for GREENBRIAR TOWNHOUSE OWNERS' ASSOCIATION ("Greenbriar"), that the Default (ECF No. 14) entered in this matter on November 1, 2017 against Greenbriar, be set aside; and

IT IS FURTHER STIPULATED that Greenbriar may have ten (10) days from the date of entry of this stipulation in which to answer USB's Complaint on file herein.

1

| | | |
|---|---|---|
| 1 | DATED this 29th day of November, 2017. | DATED this 29th day of November, 2017. |
| 2 | PENGILLY LAW FIRM | WRIGHT FINLAY & ZAK, LP |

*/s/ Elizabeth Lowell*_____
James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
(702) 889-6665
*Counsel for Defendant*
*Greenbriar Townhouse Owners' Association*

/s/ *Krista Nielson*_____
Krista Nielson, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964
*Counsel for Plaintiff*

## **ORDER**

IT IS SO ORDERED December 1, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**