1  WRIGHT, FINLAY & ZAK, LLP
   Christina V. Miller, Esq.
2  Nevada Bar No. 12448
   Krista J. Nielson, Esq.
3  Nevada Bar No. 10698
   7785 W. Sahara Ave., Suite 200
4  Las Vegas, Nevada 89117
5  (702) 475-7964; Fax: (702) 946-1345
   *Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the C-BASS Mortgage*
6  *Loan Asset-Backed Certificates, Series 2006-CB6*

7                       **UNITED STATES DISTRICT COURT**
8                            **DISTRICT OF NEVADA**

9
   U.S. BANK NATIONAL ASSOCIATION, AS           Case No.:   2:17-cv-02220-JCM-CWH
10 TRUSTEE FOR THE C-BASS MORTGAGE
   LOAN ASSET-BACKED CERTIFICATES,
11 SERIES 2006-CB6,
                                                **STIPULATION AND ORDER TO**
12          Plaintiff,                          **EXTEND DEADLINE TO FILE**
                                                **RESPONSE TO MOTION TO DISMISS**
13          vs.                                 **COMPLAINT**

14 CHRISTINE M. DEBUFF; THE
   GREENBRIAR TOWNHOUSE OWNER'S                 **(Second Request)**
15 ASSOCIATION, INC.; HOMEOWNER
   ASSOCIATION SERVICES, INC.,
16
17          Defendants.

18          Plaintiff, U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan
19 Asset-Backed Certificates, Series 2006-CB6 ("U.S. Bank"), and Defendant, Greenbriar
20 Townhouse Owner's Association, Inc. ("Greenbriar") (collectively the "Parties"), by and through
21 their counsel of record, hereby stipulate and agree as follows:

22          On August 21, 2017, U.S. Bank filed its Complaint which named Greenbriar as a
23 defendant [ECF No. 1]. On January 17, 2018, Greenbriar filed its Motion to Dismiss U.S. Bank's
24 Complaint [ECF No. 19]. Following this, a Stipulation and Order was entered extending time for
25 U.S. Bank to respond to the Motion to Dismiss to February 14, 2018 [ECF No. 23].

26          The Parties have discussed extending the deadline for U.S. Bank to file its response to
27 February 28, 2018.

28          This is the second stipulation for extension of time for U.S. Bank to respond to

Page 1 of 2

1  Greenbriar's Motion to Dismiss. The extension is requested in good faith and is not for purposes

2  of delay or prejudice to any other party.

3        WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED

4  that the deadline for U.S. Bank to file its response to Greenbriar's Motion to Dismiss shall be

5  extended to February 28, 2018.

6  DATED this 12th day of February, 2018.     DATED this 12th day of February, 2018.

7  WRIGHT, FINLAY & ZAK, LLP     PENGILLY LAW FIRM

8  */s/ Kristina J. Nielson*     */s/ Elizabeth B. Lowell*

9  Christina V. Miller, Esq.     James W. Pengilly, Esq.
Nevada Bar No. 12448     Nevada Bar No. 6085

10  Krista J. Nielson, Esq.     Elizabeth B. Lowell, Esq.
Nevada Bar No. 10698     Nevada Bar No. 8551

11  7785 W. Sahara Ave., Suite 200     1995 Village Center Cir., Suite 190

12  Las Vegas, Nevada 89117     Las Vegas, NV 89134
*Attorneys for Plaintiff, U.S. Bank National*     *Attorneys for The Greenbriar Townhouse*

13  *Association, as Trustee for the C-BASS*     *Owner's Association, Inc.*
*Mortgage Loan Asset-Backed Certificates,*

14  *Series 2006-CB6*

15

16      **IT IS SO ORDERED.**

17      DATED February 15, 2018.

18

19

20      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28