WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB6*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB6,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE M. DEBUFF; THE GREENBRIAR TOWNHOUSE OWNER'S ASSOCIATION, INC.; HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-02220-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS COMPLAINT**<br><br>**(Third Request)** |

Plaintiff, U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB6 ("U.S. Bank"), and Defendant, Greenbriar Townhouse Owner's Association, Inc. ("Greenbriar") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On August 21, 2017, U.S. Bank filed its Complaint which named Greenbriar as a defendant [ECF No. 1]. On January 17, 2018, Greenbriar filed its Motion to Dismiss U.S. Bank's Complaint [ECF No. 19]. Following this, a Stipulation and Order was entered extending time for U.S. Bank to respond to the Motion to Dismiss to February 14, 2018 [ECF No. 23]. The deadline for U.S. Bank to file its response to the Motion to Dismiss was later extended to February 28, 2018 [ECF No. 25].

The Parties have discussed extending the deadline for U.S. Bank to file its response to

March 7, 2018.

This is the third stipulation for extension of time for U.S. Bank to respond to Greenbriar's Motion to Dismiss. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for U.S. Bank to file its response to Greenbriar's Motion to Dismiss shall be extended to March 7, 2018.

| | |
|---|---|
| DATED this 28th day of February, 2018.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 28th day of February, 2018.<br>PENGILLY LAW FIRM |
| */s/ Krista J. Nielson*<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Krista J. Nielson, Esq.<br>Nevada Bar No. 10698<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB6* | */s/ Elizabeth B. Lowell*<br>James W. Pengilly, Esq.<br>Nevada Bar No. 6085<br>Elizabeth B. Lowell, Esq.<br>Nevada Bar No. 8551<br>1995 Village Center Cir., Suite 190<br>Las Vegas, NV 89134<br>*Attorneys for The Greenbriar Townhouse Owner's Association, Inc.* |

**IT IS SO ORDERED.**

DATED March 1, 2018.

_____
UNITED STATES DISTRICT JUDGE