James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
**PENGILLY LAW FIRM**
1995 Village Center Cir., Suite 190
Las Vegas, NV  89134
T: (702) 889-6665; F: (702) 889-6664
*Attorneys for The Greenbriar Townhouse Owner's Association, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB6,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE M. DEBUFF; THE GREENBRIAR TOWNHOUSE OWNER'S ASSOCIATION, INC.; HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO: 2:17-cv-02220-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>**(First Request)** |

Plaintiff, U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB6 ("U.S. Bank"), and Defendant, Greenbriar Townhouse Owner's Association, Inc. ("Greenbriar") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On August 21, 2017, U.S. Bank filed its Complaint which named Greenbriar as a defendant [ECF No. 1]. On January 17, 2018, Greenbriar filed its Motion to Dismiss U.S. Bank's Complaint

1

[ECF No. 19]. Following this, a Stipulation and Order was entered extending time for US Bank to respond until March 8, 2018.

During the week of March 19 through 23, counsel for Greenbriar was ill and unable to draft a Reply. Consequently, the parties have agreed to one extension of the deadline for Greenbriar to file a Reply in support which will be up to and including Thursday, April 5, 2018.

This is the first stipulation for extension of time for Greenbriar to file its Reply in support of its Motion to Dismiss. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Greenbriar to file its Reply in Support of Motion to Dismiss shall be extended to April 5, 2018.

DATED this 26th day of March, 2018.

PENGILLY LAW FIRM

*/s/ Elizabeth Lowell*_____
James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
(702) 889-6665
*Counsel for Defendant
Greenbriar Townhouse Owners' Association*

DATED this 26th day of March, 2018.

WRIGHT FINLAY & ZAK, LP

/s/ *Krista Nielson*_____
Krista Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964
*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED March 28, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**