WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB6*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB6,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHRISTINE M. DEBUFF; THE GREENBRIAR TOWNHOUSE OWNER'S ASSOCIATION, INC.; HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>        Defendants. | Case No.:   2:17-cv-02220-JCM-CWH<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB6 ("U.S. Bank"); Christine M. Debuff ("DeBuff"); and The Greenbriar Townhouse Owner's Association, Inc. (the "HOA"), through their counsel of record, stipulate as follows:

1.      This matter relates to real property located at 267 Pecos Way, Las Vegas, Nevada 89121 (the "Property").  The Property is more specifically described as:

> LOT 95 IN BLOCK 14 OF GREENBRIAR TOWNHOUSES UNIT NO. 6 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 12 OF PLATS, PAGE 84 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

2.      The Deed of Trust that encumbers the Property was recorded on April 3, 2006, as Document Number 20060403-0001734, in the Official Records of Clark County, Nevada (the "Deed of Trust").

3.      U.S. Bank is the current beneficiary of the Deed of Trust.

4.      On March 10, 2015, DeBuff recorded a Foreclosure Deed Upon Sale as Instrument Number 20150310-0003492 (the "Foreclosure Deed"), which reflected that DeBuff acquired the Property for the sum of $13,900 (the "HOA Sale").

5.      DeBuff has not transferred her interest in the Property and is still the title holder of record.

6.      On August 21, 2017, U.S. Bank initiated a quiet title action against DeBuff and the HOA in the United States District Court, District of Nevada, Case No. 2:17-cv-02220 (the "Quiet Title Action").

7.      Plaintiffs, DeBuff and the HOA have entered a settlement agreement in which they have settled all claims between them in this case.  This Stipulation and Order applies to the matters addressed in this particular case only and has no relevance to any other matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. The Deed of Trust survived and was not extinguished in any capacity by the HOA Sale. The Deed of Trust remains a valid encumbrance against the Property following the recording of the Foreclosure Deed, and DeBuff's interest in the Property is subject to the Deed of Trust.

Dated: this 17th day of June, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Krista J. Nielson, Esq.
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiffs, U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB6 Association*

Dated: this 17th day of June, 2019.

/s/ Wolfe Thompson, Esq.
Wolfe Thompson, Esq.
Nevada Bar No. 6463
6785 S. Eastern Avenue, Suite 4
Las Vegas, NV 89119
*Attorneys for Christine M. DeBuff*

Dated: this 17th day of June, 2019.

LEACH KERN GRUCHOW ANDERSON SONG

/s/ Ryan D. Hastings, Esq.
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, NV 89128
*Attorneys for Defendant, Greenbriar Townhouse Owners' Association*

**IT IS SO ORDERED:**

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: June 20, 2019